**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MALVERN INSTITUTE FOR PSYCHIATRIC : 
AND ALCOHOLIC STUDIES, INC., : CIVIL ACTION
Individually and on behalf of all :
others similarly situated :
 :
        Plaintiff : NO. 16-CV-4772
 :
  vs. :
 :
MAGELLAN HEALTHCARE, INC., ET. AL. :
 :
        Defendants :

**ORDER**

AND NOW, this 8th day of August, 2018, upon consideration of Plaintiff's Motion for Class Certification (Doc. Nos. 37 and 38) and Defendants' Response in Opposition thereto, it is hereby ORDERED that the Motion is DENIED for the reasons provided in the preceding Memorandum Opinion.

                                BY THE COURT:


                                S/J. CURTIS JOYNER
                                J. CURTIS JOYNER,    J.